UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11

-------------------------------------------------------------X
WORLDHOMECENTER. COM, INC.,
                         Plaintiff,

10 **CIVIL** 7781 (NRB)

-against-

**JUDGMENT**

KWC AMERICA, INC.,
                      Defendant.
-------------------------------------------------------------X

      Defendant having moved to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on September 15, 2011, having rendered its Memorandum and Order granting defendants motion to dismiss the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 15, 2011, defendant's motion to dismiss the complaint is granted.

**Dated:** New York, New York
           September 16, 2011

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
                                 BY:
                                                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____